**Slip Op. 99 - 125**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, JUDGE**

|   |   |
|---|---|
| HEVEAFIL SDN. BHD., RUBBERFLEX SDN. BHD., RUBFIL SDN. BHD., AND FILATI LASTEX ELASTOFIBRE (MALAYSIA) <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Court No. 97-07-01152 |

**<u>JUDGMENT ORDER</u>**

Upon consideration of the Department of Commerce, International Trade Administration's <u>Final Results of Redetermination Pursuant to Court Remand, Heveafil Sdn. Bhd. v. United States, Slip Op. 99-69 (July 23, 1999)</u>, October 22, 1999 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained in all respects; and it is further

**ORDERED** that, all other issues having been decided in this case, judgment is entered in accordance with the Court's opinion in <u>Heveafil Sdn. Bhd. v. United States</u>, No. 97-07-01152, Slip Op. 99-69 (CIT July 23, 1999).

_____
Richard W. Goldberg
JUDGE


Dated:     November 24, 1999
           New York, New York.